**SANDY SAUNDERS COURT REPORTING**
254 SOUTH MAIN STREET, SUITE 216
NEW CITY, NEW YORK 10956
845-634-7561 800-246-7561 Fx845-634-0797
WWW.SAUNDERSREPORTING.COM

| | |
|---|---|
| MICHAEL FAILLACE & ASSOCIATES, P.C.<br>60 EAST 42nd STREET<br>SUITE 2020<br>NEW YORK, NY 10165 | INVOICE NO. : 51335<br>INVOICE DATE: 1/26/2017<br>REPORTER:<br>ERIKA CAREN<br><br>ID#  80-0071620 |

COCOLETZI vs FAT SAL'S PIZZA

| Date | Description | Amount |
|---|---|---|
| 1/26/2017 | SAME DAY CANCELLATION FEE<br>REPORTER SCHEDULED FOR<br>12:30 P.M. PROPOSED DEPOSITON<br>IN THE ABOVE MATTER<br><br>CANCELLED PER JOSH ANDROPHY<br>AT 10:36 A.M. | 185.00 |

|  |  |
|---|---|
| Sub Total | 185.00 |
| Paid | 0.00 |
| Balance Due | 185.00 |

**WE ACCEPT PAYMENT BY VISA, MASTER CARD & DISCOVER**
TERMS :  NET 30 DAYS   Late charge of 18% per annum...
THANK YOU FOR USING SANDY SAUNDERS......



# Invoice

**LEGAL LANGUAGE SERVICES**

15 Maiden Lane, Suite 300
New York, NY 10038-4003
Phone (212) 766-4111
Fax (212) 349-0964
www.legallanguage.com

| | |
|---|---|
| Invoice No: | 1068658 |
| Log Number: | 355528 |
| Invoice Date: | 01/26/2017 |

**Bill To:**
Attn: Lina M. Franco, Esq.
Michael Faillace & Associates P.C.
60 East 42nd Street
Suite 2020
New York NY 10165

**Ship To:**
Attn: Lina M. Franco, Esq.
Michael Faillace & Associates P.C.
60 East 42nd Street
Suite 2020
New York NY 10165

| Customer Number | Reference Number | Job Date | Nature of Proceeding | Term |
|---|---|---|---|---|
| C-MICHFAIL-001 | 15-CV-2696 | 01/26/2017 | Deposition | Due On Receipt |

| Item Code | Description | Quantity | Price | Total |
|---|---|---|---|---|
| I130 | Cancellation Fee for Interpreting<br>Language: Hebrew | 1.00 | $294.00 | $294.00 |

**Project | Document | Case Name:**
Cocoletzi v. Fat Sal's Pizza, SDNY

| | |
|---|---|
| Discount | $0.00 |
| Tax | $0.00 |
| Total | $294.00 |

Delivery:
60 East 42nd Street
Suite 2020
New York, NY 10165

Late payment of balances will be charged 1.5% interest per month or a minimum of $5 per month, whichever is greater. Based On Sales Order 43196.
Ordered By: Joshua S. Androphy

TIN: 13-3185468

Page 1 of 1